IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark A. Applegarth,                               :

        Plaintiff                    :        Case No.  2:06-cv-00686

  v.                                              :        Judge Watson

Cpl. Roger Monroe, et al.,                        :        Magistrate Judge Abel

      Defendants                      :

**ORDER**

This matter is before the Court on Magistrate Judge Abel's October 29, 2007

Report and Recommendation that defendants' motion for summary judgment (doc. 26)

be granted.

No objections have been filed to the Report and Recommendation.  Upon *de

novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Report

and Recommendation.

Defendants' motion for summary judgment (doc. 26) is GRANTED.  The Clerk of

Court is DIRECTED to enter JUDGMENT for defendants.  This action is hereby

DISMISSED.

_____
Michael H. Watson, Judge
United States District Court